UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

FREEPORT MARINE SA,                          :

                          Plaintiff,         :        07 Civ.

        - against -                          :        ECF CASE

ORAM TANKER LTD.,                            :

                          Defendant.         :
------------------------------------------------------------------X



## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and

magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney

of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or

affiliates of the Plaintiff:

                         NONE.

Dated: August 13, 2007
       Southport, CT

                              The Plaintiff,
                              FREEPORT MARINE SA

                              By: _____
                                  Nancy R. Peterson (NP 2871)
                                  Patrick F. Lennon (PL 2162)
                                  LENNON, MURPHY & LENNON, LLC
                                  The Gray Bar Building
                                  420 Lexington Ave., Suite 300
                                  New York, NY 10170
                                  (212) 490-6050
                                  facsimile (212) 490-6070
                                  nrp@lenmur.com
                                  pfl@lenmur.com