UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIGOLD ENTERPRISES INC. and
FREEPORT MARINE SA,

                Plaintiffs,                07 Civ. 7188 (DLC)

   - against -                                  ECF CASE

ORAM TANKER LTD.,

                Defendant.
------------------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

The attachment is hereby vacated and all garnishee banks, including but not limited to, Deutsche Bank, are directed to immediately release all funds attached pursuant to the Ex-Parte Orders of Maritime Attachment issued herein. *The Clerk of Court shall close the case.*

Dated: September 18, 2007
       Southport, CT

                                              The Plaintiff,
                                              MARIGOLD ENTERPRISES INC. and
                                              FREEPORT MARINE SA

                                              By: _____
                                              Nancy R. Peterson (NP 2871)
                                              LENNON, MURPHY & LENNON, LLC
                                              420 Lexington Ave., Suite 300
                                              New York, NY 10170
                                              Phone (212) 490-6050
                                              Fax (212) 490-6070
                                              nrp@lenmur.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/07
```

_____
J.S.D.J.
Sept. 19, 2007